IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-00077-FL

| TRACI MICHEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,623.21 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Paul T. McChensey, and mailed to his office at McChesney and McChesney, P.C., 930 South Pine Street, Spartanburg, SC 29302, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 11th day of October, 2023

LOUISE W. FLANAGAN
United States District Judge