IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACI MICHAEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. 7:22-CV-00077-FL |
| v. | * | |
| | * | |
| CAROLYN COLVIN[1], | * | |
| Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 10th day of January, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that **Paul T. McChesney, Esquire** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 25,808.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees [s]he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_____
The Honorable Louise Wood Flanagan
U.S. District Court Judge

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).